AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Arkansas
Hot Springs Division

| | |
|---|---|
| **FILED** | |
| US DISTRICT COURT | |
| WESTERN DISTRICT | |
| OF ARKANSAS | |
| May 28, 2020 | |
| OFFICE OF THE CLERK | |

In the Matter of the Search of )
)
**INFORMATION ASSOCIATED WITH** )
**User IDs 100012444723751;** )
**100041153736283;** )
**100029373789191;** )
**100040625553462** )
**that is STORED AT PREMISES** )
**CONTROLLED BY FACEBOOK, INC.** )

Case No. ___6:20cm7___

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe property to be searched and give its location):* **SEE ATTACHMENT "A". This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**

located in the Western District of Arkansas, there is now concealed *(identify the person or describe the property to be seized):* **SEE ATTACHMENT "B"**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

■ evidence of a crime;

■ contraband, fruits of crime, or other items illegally possessed;

■ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Sexual Exploitation of a Minor via the Production of Child Pornography |
| 18 U.S.C. 1470 | Transfer of Obscene Material to a Minor |

The application is based on these facts: **See Affidavit of Special Agent Kaitlin Patton, "Attachment C"**

■ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Kaitlin Patton (approved By Phone)*
*Applicant's signature*

Kaitlin Patton, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 28, 2020

City and state:   Hot Springs, Arkansas

*Judge's signature*

Barry A. Bryant, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Kaitlin Patton, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this Affidavit in support of an application for a search warrant for information associated with certain Facebook user IDs that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This Affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user IDs.

2.      I have been employed as a Special Agent (SA) with the FBI since October 2019. I was previously employed as a support employee of the FBI, as well as a Forensic Chemist for the Arkansas State Crime Laboratory.  I am currently assigned to the Little Rock, Arkansas, FBI Field Office to investigate violent crimes and major offender crimes.   My duties include conducting criminal investigations involving crimes against children such as human trafficking, child prostitution, and production of child pornography.   Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2251 through 2259, the Sexual Exploitation of Children Act (SECA), and I am authorized by the Attorney General to request a search warrant.

3.      The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.   This Affidavit is

1

intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that violations of Title 18, United States Code, Section 2251, Sexual Exploitation of a Minor via the Production of Child Pornography and Title 18, United States Code, Section 1470, Transfer of Obscene Material to a Minor, have been committed by Aaron Briggs (BRIGGS).   There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## BACKGROUND OF FACEBOOK

5.     Facebook Inc. owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.   Facebook allows its users to establish accounts with Facebook Inc., and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

a.     Facebook asks users to provide basic contact and personal identifying information to Facebook Inc., either during the registration process or thereafter.   This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.   Facebook also assigns a user identification number to each account.

b.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.   Facebook assigns a group

identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that users' "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

       c.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.  Depending on the user's privacy settings, Facebook may also obtain and store the physical location of the user's device(s) as they interact with the Facebook service on those device(s).

       d.    Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user

and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

      e.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when he or she uploaded the photograph or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photograph or video. When a user is tagged in a photograph or video, he or she receives a notification of the tag and a link to see the photograph or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

      f.    Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail or text messages, are sent to the recipient's Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. Facebook has a Chat feature, known as Facebook Messenger, which allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

      g.    If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users

can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

h.      Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

i.      Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

j.      Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

k.      In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page

l.      Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

m.      Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

n.      Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

o.      As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and

tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

  p.  Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

7

## PROBABLE CAUSE

6.     On October 8, 2019, Facebook, Inc. notified the National Center for Missing and Exploited Children (NCMEC) that Facebook UID 100029373789191, identified as Aaron Briggs in the NCMEC CyberTip, enticed MV1 to engage in sexual activity by producing and sharing apparent child exploitation images.  The NCMEC CyberTip was forwarded to Arkansas State Police and then assigned to Hot Springs County Sheriff's Office (HSSO).  On October 10, 2019, Hot Springs County Detective Lieutenant Glen Pye forwarded the tip to Little Rock FBI and advised that BRIGGS requested MV1, age 15, to video herself engaging in sexual acts, and to send the videos to himself.  Detective Pye also advised that MV1 complied and engaged in a sexual relationship with BRIGGS.

7.     On October 10, 2019, Little Rock FBI received from HSSO NCMEC CyberTipline Report 56826002, detailing conversations between Facebook UID's 100029373789191 (BRIGGS) and 100012444723751 (MV1).  The following information was contained in the CyberTip:

**[MV1 (100012444723751) - 06/01/2019 8:02:08am PDT]** Lmao shit u try putting ur size dick in ur ass u would say same thing well idk u might be chill with Bc u always keep stuff in ur ass

**[MV1 (100012444723751) - 06/01/2019 8:02:43am PDT]** I'm coming back after California

**[MV1 (100012444723751) - 06/01/2019 8:04:15am PDT]** And I've done more then 5 sec that now before u had maybe like 45 sec and there been times that I wouldn't say nun u would decide to take it out

**[BRIGGS (100029373789191) - 06/01/2019 8:05:12am PDT]** Never a time like that evetime u have said

**[MV1 (100012444723751) - 06/01/2019 8:06:35am PDT]** I wish I could rewind time record it then come back and show u trust me I remember almost every time we fuck and I remember where I can't remember nun else really but I know that.

**[BRIGGS (100029373789191) - 06/01/2019 8:07:21am PDT]** Well go video yuslf now and fuck your ads

**[BRIGGS (100029373789191) - 06/01/2019 8:07:24am PDT]** Ass

**[MV1(100012444723751) - 06/01/2019 8:08:41am PDT]** That goin to be hard to do [...]

**[BRIGGS (100029373789191) - 06/04/2019 5:54:00pm PDT]** Yap and I bet I get u too and video too

**[MV1(100012444723751) - 06/04/2019 5:55:04pm PDT]** It's goin be hard to do that video my nails to long that shit will extra hurt

**[MV1(100012444723751) - 06/04/2019 5:55:59pm PDT]** Man I can't wait tell I come back I want ur dick so bad shit not even want I need it

**[BRIGGS (100029373789191) - 06/04/2019 6:00:10pm PDT]** Dam

**[MV1(100012444723751) - 06/04/2019 6:00:32pm PDT]** Wym like witch part that for

**[BRIGGS (100029373789191) - 06/04/2019 6:00:46pm PDT]** Dick

**[MV1(100012444723751) - 06/04/2019 6:01:32pm PDT]** I just get dam lol u must not fuck with me no more

[MV1(100012444723751) - 06/04/2019 6:02:10pm PDT] Oh wait nah I get it u don't like my pussy yep that's it

[MV1(100012444723751) - 06/04/2019 6:04:40pm PDT] It's either that or u and carol doin a lot better and u don't want me no more lmao

[BRIGGS (100029373789191) - 06/04/2019 6:11:34pm PDT]

[MV1(100012444723751) - 06/04/2019 6:11:56pm PDT] U can cum fuck me shiiiii

[MV1(100012444723751) - 06/04/2019 6:12:42pm PDT] Lmao I'm just playing with u tho shit u must love sum bout it if u keep wanting to fuck

[MV1(100012444723751) - 06/04/2019 7:44:15pm PDT] U don't even know how u be making me feel lmao

[MV1(100012444723751) - 06/09/2019 8:53:31pm PDT] I can only send a couple tho

[MV1(100012444723751) - 06/09/2019 9:08:39pm PDT] The MV1 (100012444723751) account sent an image of an apparent minor nude back.

[MV1(100012444723751) - 06/09/2019 9:08:59pm PDT] The MV1(100012444723751) account sent an image of an apparent minor nude back.

[MV1(100012444723751) - 06/09/2019 9:09:42pm PDT] The MV1(100012444723751) account sent an image previously reported as CEI: CT 56787610

[MV1(100012444723751)- 06/09/2019 9:10:00pm PDT] The MV1(100012444723751) account sent an image previously reported as CEI: CT 56787610

**[BRIGGS (100029373789191) - 06/09/2019 9:42:34pm PDT]** I need that iii pussy

**[MV1 (100012444723751) - 06/09/2019 9:46:22pm PDT]** And I need that big black New Orleans dick lol anyway we should be coming back Tuesday and imma wash my clothes then going to find sum way to nanas

**[BRIGGS (100029373789191) - 06/09/2019 9:55:53pm PDT]** Hell ya that's wat I want to hear baby

**[BRIGGS (100029373789191) - 06/09/2019 9:56:05pm PDT]** Send me some more lol

8.      On October 10, 2019, Little Rock FBI received from HSSO NCMEC CyberTipline Report 56826002, detailing conversations between Facebook UID's 100040625553462 and 100041153736283. The following information was contained in the CyberTip:

**[MV1 (100041153736283) - 09/26/2019 5:38:49am PDT]** 1 I miss my baby's 2 they testin me like bad bad 3 this school workin my neNes 4 i don't even know but there a lot more reasons

**[MV1 (100041153736283) - 09/26/2019 5:40:35am PDT]** I just been trying to keep to myself Bc Ik if I don't imma get in trouble in sum kind of way oh and 5 I need sum dick lmao

**[BRIGGS (100040625553462) - 09/26/2019 6:30:49am PDT]** Lmfao its sound like u jus need sO.e dick

**[MV1 (100041153736283) - 09/26/2019 6:43:19am PDT]** Kinda but nah I really just need to be round u

**[MV1 (100041153736283) - 09/26/2019 6:45:03am PDT]** Well that makes it sound like I don't want it hell yea I need sum dick but I said it like that Bc that's not alii want u for

**[MV1 (100041153736283) - 09/26/2019 6:45:47am PDT]** I want u for u ur dick just a bonus

**[BRIGGS (100040625553462) - 09/26/2019 6:46:25am PDT]** Oooooo

**[BRIGGS (100040625553462) - 09/26/2019 6:53:13am PDT]** 198.245.44.28 BRIGGS (100040625553462) account sent an image of apparent adult male genitals.

**[MV1 (100041153736283) - 09/26/2019 6:53:47am PDT]** U almost got me in trouble lmao

**[BRIGGS (100040625553462) - 09/26/2019 6:53:53am PDT]** ?

**[BRIGGS (100040625553462) - 09/26/2019 6:54:08am PDT]** Lol

**[MV1 (100041153736283) - 09/26/2019 6:54:25am PDT]** The coach walked wright behind me when I came in and said umm summer

**[BRIGGS (100040625553462) - 09/26/2019 6:54:54am PDT]** Lmfao

**[MV1 (100041153736283) - 09/26/2019 6:55:21 am PDT]** Omg now he never goin leave me alone

**[MV1 (100041153736283) - 09/26/2019 6:56:31 am PDT]** He said sum idk what I just seen or what I think I seen and I don't even want to know I was like nope

**[MV1 (100041153736283) - 09/26/2019 6:57:15am PDT]** Don't worry he didn't see see tho I turned my phone off

**[MV1 (100041153736283) - 09/26/2019 9: 16:01am PDT]** I made a 100 on all 3 test last week I'm proud of my self lmao

9.     Your Affiant reviewed images previously reported as CEI: CT 56787610 in NCMEC Cybertip 56787610.   Your Affiant viewed three images depicting a white female vagina with a hand in each photograph containing pink fingernails.  In one of the images, the female is inserting her fingers into her vagina.

10.     MV1 was interviewed at the children's advocacy center in Arkansas on October 10, 2019.  MV1 stated BRIGGS and MV1 had intercourse more than once.  BRIGGS asked MV1 for pictures of her butt and vagina.  MV1 stated BRIGGS sent pictures of his penis.

11.     On October 11, 2019, BRIGGS disclosed to Special Agent Daniel Turner, he had sexual intercourse with MV1 more than once.  BRIGGS admitted to sending MV1 pictures of his genitalia and asked MV1 for pornographic videos of herself.

12.     Estimated location via Cybertip 56826002 placed MV1 in Malvern, AR. Estimated location via Cybertip 56826002 placed BRIGGS in Hot Springs, AR.

13.     On October 11, 2019, Little Rock FBI sent Facebook preservation requests for MV1's Facebook UID 100012444723751 and BRIGGS Facebook UID 100029373789191 for October 1, 2018, through October 11, 2019.

14.     On December 17, 2019, Little Rock FBI requested from Facebook subscriber information from August 1, 2018 through December 16, 2019, on screen name snacks.briggs, username Aaron Briggs, UID 100029373789191, and one account utilized by MV1.  On January 22, 2020, Little Rock FBI acquired the following results from the aforementioned subpoena:

Facebook username: snacks.briggs

Target: 100040625553462

Name: Snacks Briggs

Registered Email Address: aaronbriggs4545@gmail.com

Registration Date: 2019-08-12

Registration IP: 198.245.44.28

Closure Date: 2019-09-26


Facebook UID 100029373789191

Name: Aaron Briggs

Registered Email Addresses: aaronbriggs999@gmail.com

Vanity Name: snack26

Registration Date: 2018-10-15

Registration IP: 198.245.44.255

Account Closure Date: 2019-06-18

Phone Numbers: 501-304-5788


Facebook Username: (REDACTED) (MV1)

Target: 100012444723751

Name: (REDACTED) (MV1)

Registration Date: 2016-06-04

Registration IP: 166.137.107.61

Phone Numbers: (REDACTED) (MV1)

15.    On April 30, 2020, Little Rock FBI requested from Facebook subscriber information from September 1, 2019 through October 1, 2019, on Facebook UID 100041153736283.  On May 7, 2020, Little Rock FBI acquired the following results from the aforementioned subpoena:

Facebook Username: (REDACTED) (MV1)

Target: 100041153736283

Name: (REDACTED) (MV1)

Registration IP: 198.245.44.28

Phone Numbers: (REDACTED) (MV1)

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

16.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## JURISDICTION

17.     Based on the foregoing, I request that the Court issue the proposed search warrant.

18.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

19.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) &

(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

20.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## CONCLUSION

21.     Therefore, I respectfully request this Court issue a search warrant, based on probable cause that evidence of violations of Title 18, United States Code, Section 2251, Sexual Exploitation of a Minor via the Production of Child Pornography and Title 18, United States Code, Section 1470, Transfer of Obscene Material to a Minor, authorizing the examination of the following: Facebook ID's: 100012444723751, registered to MV1, 100041153736283, registered to MV1; 100029373789191,; registered to username "**snack26**"; and 100040625553462, registered to username "**snacks.briggs**", which are controlled and maintained by Facebook, Inc. which are controlled and maintained by Facebook, Inc., as described in Attachment A, and to seize the evidence, fruits, and instrumentalities described in Attachment B, which individually or collectively constitute violations of Title 18, United States Code, Section 2251, Sexual Exploitation of a Minor via the Production of Child Pornography and Title 18, United States Code, Section 1470, Transfer of Obscene Material to a Minor.

Further your Affiant sayeth not.

/s/ Kaitlin Patton (approved by Phone)
Kaitlin Patton, FBI Special Agent

Affidavit subscribed and sworn to before me this 28th day of May, 2020.

Honorable Barry A. Bryant
United States Magistrate Judge

16

## ATTACHMENT A

### Property to Be Searched

This search warrant applies to information associated with Facebook, Inc. User ID's: **100012444723751**, associated with a minor female MV1; UID **100041153736283**, registered to MV1; UID **100029373789191**, registered to username "**snack26**", associated with BRIGGS; and UID **100040625553462**, registered to username "**snacks.briggs**", associated to BRIGGS, which are specific accounts stored at the premises controlled by Facebook, Inc., which is headquartered at 1601 Willow Road, Menlo Park, CA 94025, from the time period of April 1, 2019 through October 1, 2019.

## ATTACHMENT B

### Particular Things to be Seized

**I.  Information to be disclosed by Facebook, Inc.**

To the extent that any and all information in Attachment A is within the possession, custody, or control of Facebook, Inc., including any messages, records, files, logs, or information that may have been deleted by a user but are still available to Facebook, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook, Inc. is required to disclose the following information to the government for the account listed in Attachment A from **April 1, 2019 through October 1, 2019**.

(a)  All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)  All activity logs for the account and all other documents showing the user's posts and other Facebook activities **from April 1, 2019 through October 1, 2019;**

(c)  All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from **April 1, 2019 through October 1, 2019,** including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)  All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)    All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)    All other records and contents of communications and messages made or received by the user from **April 1, 2019 through October 1, 2019,** including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)    All "check ins" and other location information;

(h)    All IP logs, including all records of the IP addresses that logged into the account;

(i)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)    All information about the Facebook pages that the account is or was a "fan" of;

(k)    All past and present lists of friends created by the account;

(l)    All records of Facebook searches performed by the account from **April 1, 2019 through October 1, 2019**;

(m)    All information about the user's access and use of Facebook Marketplace;

(n)    The types of service utilized by the user;

(o)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)   All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)   All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 2251, Sexual Exploitation of a Minor via the Production of Child Pornography, and Title 18, United States Code, Section 1470, Transfer of Obscene Material to a Minor, involving Aaron BRIGGS from **April 1, 2019 through October 1, 2019** including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications and messages concerning the violations of the production of child pornography and the transfer of obscene material under Title 18, United States Code, Section 2251, Sexual Exploitation of a Minor via the Production of Child Pornography and Title 18, United States Code, Section 1470, Transfer of Obscene Material to a Minor;

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted

by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.